IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AMIR FATIR, aka STERLING HOBBS, | § § | No. 41, 2023 |
| | § | |
| Defendant Below, Appellant, | § § | Court Below–Superior Court of the State of Delaware |
| | § | |
| v. | § | Cr. ID No. 75060892DI (N) |
| | § | |
| STATE OF DELAWARE, | § § | |
| Appellee. | § | |

Submitted: April 6, 2023
Decided: May 23, 2023

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

After consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons cited by the Superior Court in its January 20, 2023 order denying the appellant's motion for correction or reduction of sentence.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice